UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

STEVEN THUESEN,

    Plaintiff,

vs.

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

No. 12cv2062 EJM

ORDER

This matter is before the court on plaintiff's unresisted Motion for EAJA Fees, filed May 21, 2013. Granted.

On May 7, 2013, this matter was reversed and remanded for further consideration. Plaintiff seeks fees of $3,136.89 pursuant to the Equal Access to Justice Act (EAJA), 28 USC §2412(d). Defendant responds that the parties have agreed upon an award of $3,101.87, payable to plaintiff's counsel.

Upon review of the properly supported motion and defendant's representation, the motion shall be granted.

It is therefore

ORDERED

Granted. Plaintiff is awarded $3,101.87 pursuant to 28 USC §2412(d), made payable to plaintiff's counsel.

June 24, 2013.

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT